UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DIVINE MILL MUSIC, *et al.*,

    Plaintiffs,

v.

BLACKMON'S INC., *et al.*,

    Defendants.

Case No. 08-cv-501-JPG

## JUDGMENT

Defendants Blackmon's, Inc. and Johnnie Blackmon, after being duly served, both failed to file pleadings in response to the Complaint herein. On August 28, 2008, the Clerk made an entry of default against both said defendants. Plaintiffs have now filed their motion for entry of default judgment with supporting affidavits seeking injunctive relief, an award of statutory damages and attorney's fees and costs. The Court, having reviewed the pleadings and being fully apprised in the premises, hereby enters the following judgment.

**IT IS HEREBY ORDERED AND ADJUDGED,** that judgment by default is entered in favor of plaintiffs Divine Mill Music, Fingaz Goal Music, Uh Oh Entertainment, Inc., Sony/ATV Harmony, Pure Love Music, EMI April Music, Wut'Shawn-A Do Music, Inc., Neutral Grey Music, TVT Music Enterprises, LLC, 50 Cent Music, Controversy Music, Jobete Music Co., Inc., Frankie Christian Gaye d/b/a FCG Music, Marvin Gaye III d/b/a MG III Music and Nona Marvisa Gaye d/b/a NMG Music and against defendants Blackmon, Inc. and Johnnie Blackmon, an individual.

**IT IS FURTHER ORDERED AND ADJUDGED** that defendant Blackmon's, Inc. and defendant Johnnie Blackmon are each permanently enjoined and restrained from publicly performing any copyright musical composition in the American Society of Composers, Authors and Publishers ("ASCAP") repertory without proper license or authorization.

**IT IS FURTHER ORDERED and ADJUDGED** that plaintiffs are awarded Seven Thousand Dollars ($7,000.00) for each of the six copyright infringements, for a total of Forty-Two Thousand Dollars ($42,000.00) in statutory damages against both defendants plus $5,121.60 in attorney's fees and costs, for a total judgment jointly and severally against defendants Blackmon's, Inc. and Johnnie Blackmon in the sum of $47,121,60, plus interest after the date hereof as prescribed under 28 U.S.C. § 1961.

**NORBERT JAWORSKI**

Date: November 5, 2008                     By:s/Deborah Agans, Deputy Clerk


Approved:   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**